```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA      | Criminal no.: 07-032 (JAG)
Plaintiff                     |
                              |
Vs.                           |
                              |
ALFRED VALDIVIESO RODRIGUEZ   |
Defendant                     |
------------------------------------------------------------
```

# INFORMATIVE MOTION REGARDING GOVERNMENT'S STATUS REPORT

**TO THE HONORABLE COURT:**

COMES NOW the defendant, **ALFRED VALDIVIESO RODRIGUEZ**, through the undersigned attorney and very respectfully STATES and PRAYS:

1. The government has correctly reported that the Eastern District of New York's case is near to be received and filed in our judicial district as agreed. The government requested that once that case be filed in our district through a Rule 20, a sentencing date be set.

2. The defendant just want to clarify that before the sentencing, an arraingment and plea hearing should be held. In addition, having elapsed several months since the PSI was prepared the same should be up dated.

3. Finally, the caption case and the EDNY case should be consolidated for sentencing.

WHEREFORE, the defendant **Mr. Alfred Valdivieso Rodriguez**, very respecfully requests from this Honorable Court to take knowledge of the above stated.

I HEREBY CERTIFY that a true and exact copy of this foregoing document has been notified to A.U.S.A. Julia Díaz Rex, through the court's electronic filing system.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, in October 30th, 2009.

**Attorney for the defendant**

**S/EDGAR R. VEGA PABON**
**USDC-PR 200710**
**239 Arterial Hostos Ave.**
**Capital Center Building**
**South Tower, Suite 1005**
**San Juan, PR 00918-1477**
**Tel. (787) 771-9056**
**Fax. (787) 771-4482**
**E-mail: ervp@coqui.net**