# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled: 2:30
Started: 3:38
Ended: 4:29

<span style="color:red">SEALED</span> MINUTES OF PROCEEDINGS

**HONORABLE JAY A. GARCIA GREGORY**

COURTROOM DEPUTY: Carmen Tacoronte          DATE: April 15, 2010

COURT REPORTER: Barbara Dachman              **CR. NO. 07-032 (JAG)**
                                              **09-387 (JAG)**

COURT INTERPRETER:   NOT REQUIRED

==================================================================

UNITED STATES OF AMERICA                    Attorneys:   Jose Ruiz

v.

1.   ALFRED VALDIVIESO-RODRIGUEZ              Edgar Vega Pabon

==================================================================

The defendant is present in court.  He is ___ under custody   X   on bond.

CASE CALLED FOR SENTENCE.

The government's motion for downward departure is granted.

**IT IS THE JUDGMENT OF THE COURT** as to count(s):   ONE IN 07-032 (JAG) AND COUNT ONE IN 09-387 (JAG).

IMPRISONMENT for a total term of:   24 months as to count 1 in 07-032 (JAG) and 24 months as to count 1 in 09-387 (JAG). Said terms to be served concurrently with each other.

SUPERVISED RELEASE TERM of:   three years as to 07-032 (JAG) and 3 years as to 09-387 (JAG). Said terms to be served concurrently with each other.

SMA IN THE AMOUNT OF $100.00 per count.

Forfeiture ordered as specified in the judgment form.

All terms and conditions are specified in the judgment form.

Remaining counts are dismissed.

                                          s/Carmen Tacoronte
                                          Carmen Tacoronte
                                          Courtroom Deputy Clerk